TON

FILED
MAY 25 2010
10 2513

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**I. CAPTION**

(Enter the full name of the plaintiff or plaintiffs) Roseno Wagner, Jamal Bennett, Brandon Jones, Dennis Mauldrex

v. Maurice Cuff, Norman Styles, Daniel Ribera, Julio Albarin, Dennis Molyneaux, James Frey, (over) →

Nancy T. McFarland, Donald Norcia, Edwin P. Cornell, Joseph Pallu, Edmund Justice, Joseph Byrnes, (over) →

(Enter the full name of the defendant or defendants)

**II. PARTIES**

a. Plaintiff

Full name: Roseno Wagner

Prison identification number: _____

Place of present confinement: M.C.C.F.

Address: 998 Eagleville Rd. Eagleville Pa. 19403

Place of confinement at time of incidents or conditions alleged in complaint, including address: (M.C.C.F.) Montco. Corr. Facility

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Julio Albarin — Warden
   Place of employment and section or unit: MCCF

2. Full name including title: ~~Maurice~~ James Frey — Ward. Assist
   Place of employment and section or unit: MCCF

3. Full name including title: Dennis Molyneaux — Dep. Ward.
   Place of employment and section or unit: MCCF

4. Full name including title: Nancy T. McFarland — Res. Prison Bd.
   Place of employment and section or unit: MCCF — New June

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

Jamal Bearett #_____, MCCF, LU Eagleville RD.
Eagleville Pa. 19403

Brandon Jones #694443, MCCF, LU Eagleville RD.
Eagleville Pa. 19403

Dennis Maddrey #095565, MCCF, LU Eagleville RD.
Eagleville Pa. 19403

Maurice Cliff #100681, MCCF, LU Eagleville RD.
Eagleville Pa. 19403

Norman Styles #694493, MCCF, LU Eagleville RD.
Eagleville Pa. 19403

Daniel Johnson #100481, MCCF, LU Eagleville RD.
Eagleville, Pa. 19403

Tyrone Owens #100730, MCCF, LU Eagleville RD
Eagleville, Pa. 19403

Nathan Johnson # ? , MCCF, LU Eagleville RD
Eagleville Pa. 19403

Josh DiFerdinando #101643, MCCF, LU Eagleville RD
Eagleville Pa. 19403

Charles Thomson #100544, MCCF, LU Eagleville RD
Eagleville Pa. 19403

Corey Watson #101577, MCCF, LU Eagleville RD
Eagleville Pa. 19403

# 1(A)

Curtis _____ #_____, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Karel Janssen #085216, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Paul Dorley #100113, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Terrance Crowell #097076, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Khalil Biggs #101968, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Arty Reyes #101154, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Dominique SusPertas #101517, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Timothy Bowers #097026, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Walter Willis #100312, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Marcus Wilbert #091312, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

Armand Xhelo #094921, MCCF, 60 Eagleville RD
Eagleville Pa. 19403

II, (B)

Ronald Parnell #EE6154 MCF, LL Erichsville RD
Erichsville Pa. 19463

Jeffrey Tucher # 091909 MCF, LL Erichsville RD
Erichsville Pa. 19463

Cortez Rutter # 102183 MCF, LL Erichsville RD
Erichsville Pa. 19463

Marcell Michaell # 101493 MCF, LL Erichsville RD
Erichsville Pa. 19463

Lafton Thompson # 100411 MCF, LL Erichsville RD
Erichsville Pa. 19463

Shadden Stone # 101439 MCF, LL Erichsville RD
Erichsville Pa. 19463

Dominin Grijalva # 112111 MCF, LL Erichsville RD
Erichsville Pa. 19463

Rodney Banehill # 102546 MCF, LL Erichsville RD
Erichsville Pa. 19463

#2 (defendants)

Donald Graw — Prison Inspector, MCF
Elwin P. Cameil — Prison Inspector, MCF
Joseph Bailey — Prison Inspector, MCF
Edmund Justice — Prison Inspector, MCF
Joseph Byrnes — Prison Inspector, MCF
Wendy Semenich - ADA - (Warden) MCF
Lt. E. Nelson — Lt. MCF

CPL. C. MEYER - CPL. MEEF
CPL. PALMER - CPL. MEEF
Montgomery Co. Fire Dept. — Montec. Pa.
Correctional Medical Care Inc. (C.M.C) - MEEF

## III. PREVIOUS LAWSUITS

**Instructions:**

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs _____

Defendants _____

Issues: _____
_____

Court: if federal, which district? _____

    if state, which county? _____

Docket number: _____ Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)); Date: _____

  Dismissed ___ Reason? _____

  Judgment ___ In whose favor? _____

  Pending ___ Current status? _____

  Other ___ Explain _____

  Appeal filed? ___ Current status? _____

**Additional lawsuits.** Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

## IV. ADMINISTRATIVE REMEDIES

**Instructions:**

Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

Page 2

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)
Grievance

Authority for procedure. (DC-ADM, inmate handbook, etc.)
Handbook

Formal or informal procedure. Formal

Who conducts the initial review? ?

What additional review and appeals are available? ?

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review?

What action did you ask prison authorities to take?

What response did you receive to your request?

What further review did you seek and on what dates did you file the requests?

What responses did you receive to your requests for further review?

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

Staff hushed and took the grievance box off the wall. I then filed another one and it was never answered. After 2 more months I sent my complaint "directly to the Warden" certified mail, the certified receipt came back bearing a signature — still no response was given.

Page 3

## V. STATEMENT OF CLAIM

*Instructions:*

State here as *briefly* as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

Statement of claim:

Plaintiffs aver that said defendants violated their 1, 4th, 5th, 8th, 14th Amended Rights by deliberately exposing us to be subjected to hazardous situations in standing in line with no locks on the doors, M.P.R. cells (locks on the door), classroom with less ft. allowed per person, 3 and 4 man cells with less than the ___ ft. allowed per person, and being denied our right to the law library — defendants are forcing Plaintiffs to choose between law library and the bathroom, thus denying our rights to continue our legal research, as well as outdated books, pain, injury, anguish for jeopardizing and not being given adequate time per week in the law library.

## VI. RELIEF

Instruction: Briefly state exactly what you want the Court to do for you.

Relief sought: SEE Attached.

___

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

4/5/2010
DATE

[signature]
SIGNATURE OF PLAINTIFF(S)

Page 4