IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROSENIO WAGNER | : | CIVIL ACTION |
| | : | NO. 10-2513 |
| v. | : | |
| | : | |
| JULIO ALGARIN, et al. | : | |

## ORDER

AND NOW, this 16th day of December, 2010, in consideration of defendants' motion to dismiss, plaintiff's response and defendants' reply, it is ORDERED that defendants' motion to dismiss is GRANTED. Plaintiff is GRANTED leave to amend his complaint to allege facts sufficient to support his claims. If he chooses to file an amended complaint, he must do so within 60 days from the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.